## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES BOSMAN, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 10-159 |
| | ) | |
| v. | ) | U.S. District Judge Gary L. Lancaster |
| | ) | |
| WILLIAM CORRIAN, Borough of Cheswick Police Officer, | ) | **ELECTRONICALLY FILED** |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

### ORDER OF COURT

AND NOW, this 16th day of _Jan_, 2011 upon consideration of Defendant's Motion for Partial Summary Judgment and Memorandum of Law in support thereof, Defendant's Motion for Partial Summary Judgment is hereby GRANTED.

BY THE COURT:

_____
U.S. District Judge Gary L. Lancaster

12/1145569.v1